**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

WESLEY HESTER
ADC #129029                                                                                              PLAINTIFF

V.                                     NO: 2:08CV00123 JMM/HDY

LARRY NORRIS *et al.*                                                                      DEFENDANTS

## ORDER

On October 16, 2008, Plaintiff filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #65-#66). Plaintiff also submitted for filing numerous documents, which appear to be largely copies of pleadings he has filed in this case, along with copies of various prison policies. Plaintiff has not explained how the documents pertain to his motion. Accordingly, the Clerk is directed to return the documents to Plaintiff without filing them, and, if Plaintiff believes some are relevant to his motion, or to his response to a motion filed by Defendants, he may resubmit those, along with an individualized explanation of the relevance of each document he resubmits.

IT IS SO ORDERED this   20   day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE