## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

WESLEY HESTER
ADC #129029                                                                                           PLAINTIFF

V.                                    NO: 2:08CV00123 JMM/HDY

LARRY NORRIS *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to compel (docket entry #53), and motion for summary judgment (docket entry #65), are DENIED.

The objection filed on December 29, 2008, is to be considered a Motion for Default Judgment and is referred to the Magistrate Judge for appropriate action.

DATED this   5   day of January, 2009.


_____
UNITED STATES DISTRICT JUDGE