**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

WESLEY HESTER
ADC #129029                                                                                        PLAINTIFF

V.                                      NO: 2:08CV00123 JMM/HDY

LARRY NORRIS *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for default (docket entry #82) is GRANTED.

2. The Clerk of the Court is hereby directed to enter Defendant Brenda Kirksey's default.

3. Kirksey is directed to respond, no later than 15 days after the entry of this order, to Plaintiff's request for the entry of a default judgment against her.

4. The Clerk of the Court should is directed to forward a copy of this order to Defendant Kirksey at the address indicated on the Marshal's return of service (docket entry #64).

DATED this  22  day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE