IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WESLEY HESTER**
**ADC #129029**                                                                                         **PLAINTIFF**

**VS.**                          **CASE NO.  2:08CV00123 JMM**

**LARRY NORRIS, ET AL.**                                                                         **DEFENDANTS**

### ORDER

Plaintiff has filed an incomplete Writ of Execution in the above styled case.  The Clerk of the Court is directed to complete the form and to prepare and attach the required Notice to Defendant of her right to claim certain property as exempt.

The Clerk of the Court is also directed to deliver the writ to the Marshal for service.

IT IS SO ORDERED THIS   16   day of    July  , 2009.

James M. Moody
United States District Judge