**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**WESLEY HESTER
ADC #129029**                                                                                                        **PLAINTIFF**

**VS.**                                    **CASE NO. 2:08CV00123 JMM**

**LARRY NORRIS, ET AL.**                                                                                    **DEFENDANTS**

**ORDER**

    For good cause shown, plaintiff's Motion for Re-Issuance of Writ is granted (#113). The Clerk of the Court is directed to prepare the Writ of Execution, prepare and attach the required Notice to Defendant of her right to claim certain property as exempt, and deliver the Writ to the Marshal for execution.

    Defendant Brenda Kirksey should be aware that a writ of garnishment may be issued if she fails to satisfy the judgment.

    IT IS SO ORDERED THIS   15   day of    September   , 2010.


_____
James M. Moody
United States District Judge