# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
## U.S. Court House
## 600 West Capitol, Suite A149
## Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 5:12-cv-92

True and correct copies of document # **17** along with a copy of the NEF were mailed by the clerk to the following on 04/27/2012

Bennie David Guy ADC #72720
CUMMINS UNIT
Arkansas Department of Correction
Post Office Box 500
Grady, AR 71644-0500

**You chose to print mailing labels.**

**You chose to print the NEF.**

**Preparing documents for the printer:** *dktng-IM8530...*

request id is dktng-IM8530-86156 (1 file(s))
request id is dktng-IM8530-86157 (1 file(s))